■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW BEREZNY, Appellant. [988 NYS2d 499]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed March 4, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.